TAVE CONSTRUCTION CO., INC., PLAINTIFF-RESPONDENT, v. BENJAMIN WIESENFELD, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Appellate Division, Superior Court.

See same case below: 90 *N. J. Super.* 244.

*Messrs. Schreiber, Lancaster & Demos* for the petitioners.

*Mr. David L. Greene* for the respondent.

May 3, 1966. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HARRY J. GILLESPIE, DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Mr. Howard Lionel Toft* for the petitioner.

*Mr. Frank C. Scerbo* and *Mr. Bertram J. Latzer* for the respondent.

May 3, 1966. Denied.

MUNOZ REALTY CORP., PLAINTIFF-PETITIONER, v. BOROUGH OF VERONA, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Porter & Hobart* for the petitioner.

*Messrs. Sarcone & Mascia* for the respondent.

May 3, 1966. Granted.